

No. 14–0070/AR. U.S. v. Steven V. Ragels. CCA 20110955. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to October 15, 2013.

No. 14–0071/AR. U.S. v. Travis D. Jones. CCA 20110679. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to October 15, 2013.

No. 14–0072/AR. U.S. v. Eddie N. Dividu, Jr. CCA 20120355. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to October 15, 2013.

No. 14–0073/AR. U.S. v. Jose A. Guzman–Bonano. CCA 20120011. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to October 15, 2013.

Friday, September 27, 2013

